IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EVELYN J. GRIFFIN AND**
**DONALD A. GRIFFIN,**

**Plaintiffs,**

**v.**

**U.S. DEPARTMENT OF AGRICULTURE,**

**Defendant.**                                         **No. 05-CV-392-DRH**

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

The Court having been advised by counsel for the parties that the above action has settled, **IT IS ORDERED** that this action is hereby **DISMISSED without prejudice** and with the right to reopen if settlement is not consummated within sixty (60) days. The dismissal will be with prejudice sixty (60) days after the date of this Order. The Court retains jurisdiction over this matter for the purposes of settlement enforcement.

**IT IS SO ORDERED.**

Signed this 6th day of July, 2006.

/s/     David   RHerndon
**United States District Judge**